| | |
|---|---|
| PERFORMANCE FOOD GROUP, INC.<br>12500 W. Creek Parkway<br>Richmond, VA 23238,<br><br>    Plaintiff,<br>v.<br><br><br>OOOH WEE IT IS CORP.<br>33 E. 83rd Street<br>Chicago, IL 60619,<br><br>DETCIE MITCHELL<br>5705 Midlothian Turnpike<br>Midlothian, IL 60445,<br><br>and<br><br>MARK WALKER HEINS<br>9007 S. Western Ave.<br>Chicago, IL 60643,<br><br>    Defendants. | **United States District Court**<br>**Northern District of Illinois**<br><br><br>**Case Number: 23-cv-2657** |

## COMPLAINT

As its complaint against defendants, Oooh Wee It Is Corp., Detcie Mitchell and Mark Walker Heins, plaintiff, Performance Food Group, Inc., alleges as follows:

### Parties

1. Plaintiff, Performance Food Group, Inc., ("PFG"), is a distributor of foodservice products incorporated under the laws of Colorado, with its principal place of business located at 12500 W. Creek Parkway, Richmond, Virginia 23238. PFG is a citizen of Colorado and Virginia.

2. Defendant, Oooh Wee It Is Corp., ("Oooh Wee"), is a restaurant company incorporated under the laws of Illinois, with its principal place of business located at 33 E. 83rd Street, Chicago, Illinois 60619. Oooh Wee is a citizen of Illinois.

3. Defendant, Detcie Mitchell ("Mitchell"), is an owner of Oooh Wee, and is domiciled at 5705 Midlothian Turnpike, Midlothian, Illinois 60445. Mitchell is a citizen of Illinois.

4. Defendant, Mark Walker Heins ("Heins"), is the President and owner of Oooh Wee, and is domiciled at 9007 S. Western Ave., Chicago, Illinois 60643. Heins is a citizen of Illinois.

**Jurisdiction and Venue**

5. Jurisdiction is proper in this Court under 28 U.S.C. §1332(a)(1). Complete diversity of citizenship exists between the parties, and the amount in controversy involves, exclusive of interest and costs, sums exceeding $75,000.00.

6. Venue is proper in this District under 28 U.S.C. § 1391(b)(1), because defendants reside in this District.

**Claims for Relief**

**COUNT I – BREACH OF CONTRACT**
**(as to defendant Oooh Wee)**

7. On January 11, 2021, Oooh Wee tendered to PFG a Customer Account Application (the "Account Application"). A true copy of the Account Application is attached hereto as **Exhibit 1**.

8. PFG accepted the Account Application, and a line of credit was approved based upon the terms of the Account Application.

9. PFG relied on the Account Application when it subsequently provided goods and services to Oooh Wee.

10. Between November 2021 and April 2022, PFG delivered goods and services to Oooh Wee at Oooh Wee's request priced at $101,587.19.

11. Oooh Wee accepted the goods and services.

12. PFG demanded payment from Oooh Wee and billed Oooh Wee by invoice for the goods and services provided, but Oooh Wee failed to make payment towards those invoices. A true copy of the Account Statement reflecting the unpaid invoices and open account balance is attached hereto as **Exhibit 2**.

13. There remains due and owing $101,587.19 from Oooh Wee to PFG for the goods and services provided to Oooh Wee between November 2021 and April 2022.

14. Oooh Wee is further liable to PFG under the Account Application for contractual interest of 1.5% per month ($1,523.81/month since April 13, 2022, the date of the final invoice) and all costs of collection incurred by PFG, including attorney's fees and expenses.

15. PFG has complied with all conditions precedent to its right to recovery hereunder.

## COUNT II -- BREACH OF GUARANTY
### (as to defendant Mitchell)

16. PFG repeats and realleges the allegations in paragraphs 1 through 15 of this complaint as if fully set forth herein.

17. On January 11, 2021, to induce PFG to extend credit to Oooh Wee, Mitchell tendered to PFG a "Personal Guarantee" whereby Mitchell personally guaranteed the payment to PFG of all sums due and owing to PFG by Oooh Wee, including interest and attorney's fees. A true copy of the guaranty contract executed by Mitchell is attached hereto as **Exhibit 3**.

18. By virtue of her guaranty, Mitchell is liable to PFG in the sum of $101,587.19, together with contractual interest and attorney's fees.

19. PFG has demanded payment from Mitchell.

20. Mitchell materially breached her guaranty by failing to pay the amounts due.

21. As a direct result of Mitchell's failure to pay on her guaranty, PFG has sustained damages in the amount of $101,587.19, together with contractual interest of 1.5% per month ($1,523.81/month since April 13, 2022) and all costs of collection incurred by PFG, including attorney's fees and expenses.

22. PFG has complied with all conditions precedent to its right of recovery hereunder.

## COUNT III -- BREACH OF GUARANTY
### (as to defendant Heins)

23. PFG repeats and realleges the allegations in paragraphs 1 through 22 of this complaint as if fully set forth herein.

24. On October 5, 2021, to induce PFG to further extend credit to Oooh Wee, Heins tendered to PFG a "Personal Guarantee" whereby Heins personally guaranteed the payment to PFG of all sums due and owing to PFG by Oooh Wee, including interest and attorney's fees. A true copy of the guaranty contract executed by Heins is attached hereto as **Exhibit 4**.

25. By virtue of his guaranty, Heins is liable to PFG in the sum of $101,587.19, together with contractual interest and attorney's fees.

26. PFG has demanded payment from Heins.

27. Heins materially breached his guaranty by failing to pay the amounts due.

28. As a direct result of Heins' failure to pay on his guaranty, PFG has sustained damages in the amount of $101,587.19, together with contractual interest of 1.5% per month ($1,523.81/month since April 13, 2022) and all costs of collection incurred by PFG, including attorney's fees and expenses.

29. PFG has complied with all conditions precedent to its right of recovery hereunder.

**WHEREFORE**, PFG demands judgment against defendants as follows:

a) Compensatory damages in the amount of $101,587.19;

b) Contractual interest of $1,523.81 per month since April 13, 2022;

c) Attorney's fees and expenses as allowed by contract; and

d) Such other relief as the Court deems just and proper.

Dated this 27th day of April 2023.

    *s/ Zach S. Whitney*
Zach S. Whitney
KOHNER, MANN & KAILAS, S.C.
Washington Building
Barnabas Business Center
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110

zwhitney@kmksc.com
*Attorneys for Performance Food Group, Inc.*